IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| KEITH CARROLL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No: 3:17-cv-00664-MHL |
| v. | ) |
| | ) |
| | ) |
| HENRICO FEDERAL CREDIT UNION | ) |
| ("Henrico FCU") | ) |
| | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

TO THE COURT AND ALL PARTIES:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff

KEITH CARROLL and Defendant HENRICO FEDERAL CREDIT UNION stipulate

and jointly request that this Court enter a dismissal with prejudice of Plaintiff's

Complaint in the above-entitled action.  Each party shall bear its own costs and

attorneys' fees.

IT IS SO STIPULATED.

Dated: December 22, 2017

Respectfully submitted,

/s/ L. Leigh R. Strelka
Thomas E. Strelka, VA Bar No. 75488
L. Leigh R. Strelka, VA Bar No. 73355
STRELKA LAW OFFICE, PC
119 Norfolk Avenue, SW,
Warehouse Row, Suite 330

Roanoke, Virginia 24011
Phone: (540) 283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com

Scott J. Ferrell, Esq.
Victoria Knowles, Esq.
PACIFIC TRIAL ATTORNEYS
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Phone: (949) 706-6464
Fax: (949) 706-6469
sferrell@pacifictrialattorneys.com
vknowles@pacifictrialattorneys.com

*Counsel for Plaintiff*


By: /s/ John M. Bredehoft
John M. Bredehoft, Esq.
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3225
Facsimile: (888)360-9092
Email: jmbredehoft@kaufcan.com


*Counsel for Defendant*
Henrico Federal Credit Union

2