IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

KEITH CARROLL, )
)
)
    Plaintiff, )
) Case No: 3:17-cv-00664-MHL
v. )
)
)
)
HENRICO FEDERAL CREDIT UNION )
("Henrico FCU") )
)
)
)
    Defendant. )

**JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

TO THE COURT AND ALL PARTIES:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff KEITH CARROLL and Defendant HENRICO FEDERAL CREDIT UNION stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action. Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: December 22, 2017

                            Respectfully submitted,

**SO ORDERED**

/s/ L. Leigh R. Strelka
Thomas E. Strelka, VA Bar No. 75488

12/27/2017 /s/
L. Leigh R. Strelka, VA Bar No. 73355
STRELKA LAW OFFICE, PC
M. Hannah Lauck
119 Norfolk Avenue, SW,
United States District Judge Warehouse Row, Suite 330

Roanoke, Virginia 24011
Phone: (540) 283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com

Scott J. Ferrell, Esq.
Victoria Knowles, Esq.
PACIFIC TRIAL ATTORNEYS
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Phone: (949) 706-6464
Fax: (949) 706-6469
sferrell@pacifictrialattorneys.com
vknowles@pacifictrialattorneys.com

*Counsel for Plaintiff*


By: /s/ John M. Bredehoft
John M. Bredehoft, Esq.
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3225
Facsimile: (888)360-9092
Email: jmbredehoft@kaufcan.com


*Counsel for Defendant*
Henrico Federal Credit Union